# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

United States of America )
v. )
Barry Moore )
) Case No: 3:22CR00081-001
) USM No: 97312-509
Date of Original Judgment: 07/07/2023 )
Date of Previous Amended Judgment: )
*(Use Date of Last Amended Judgment if Any)* Thomas C. Williams
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  21  months **is reduced to**  15  .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  07/07/2023  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/05/2024

*Judge's signature*

Effective Date: 02/01/2024          WAVERLY D. CRENSHAW, JR., CHIEF US DISTRICT JUDGE
*(if different from order date)*          *Printed name and title*